JS-6

D. GILL SPERLEIN (172887)
gill@sperleinlaw.com
Attorney for Plaintiff, IO GROUP, INC.
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

FILED
CLERK, U.S. DISTRICT COURT
SEP - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY UY, an individual,<br><br>Defendant. | Case No. 2:11-cv-03454-CAS-VBK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R.Civ. Pro. 41(a), Plaintiff and Defendant stipulate to a dismissal of this matter with prejudice.

Respectfully Submitted,

Dated: July 15, 2011.

By __/s/ Gill Sperlein__

D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN
Attorney for Plaintiff

By __/s/ Stewart R Kellar__

Stewart Kellar
E-ttorney at Law™
Attorney for Defendant Anthony Uy

IT IS SO ORDERED.
DATED: 9/9/11

_Christina A. Snyder_
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL
(No. 2:11-cv-03454-CAS-VBK)